1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK SBN. 083908, mho@jmbm.com
2  STUART K. TUBIS SBN. 278278, skt@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants Marriott Ownership Resorts, Inc.
   and Marriott Resorts Hospitality Corporation
6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 **Samuel Love**,                         Case No. 3:20-cv-07523-CRB

11            Plaintiff,                    **NOTICE OF MOTION AND MOTION OF DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND MARRIOTT RESORTS HOSPITALITY CORPORATION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) & 12(b)(6)**

12        v.

13 **Marriott Ownership Resorts, Inc.**, a
   Delaware Corporation; **Marriott Resorts
14 Hospitality Corporation**, a Southern Carolina
   Corporation,
15                                          *Filed concurrently with Declaration of Martin H. Orlick; Memorandum of Points and Authorities; Request for Judicial Notice; and Proposed Order*
16            Defendants.

17                                          Judge:  Hon. Charles R. Breyer
18                                          Date:   March 25, 2021
                                            Time:   10:00 am
19                                          Crtrm.: 6 – 17th Floor

68757286v1

1   Case No. 3:20-cv-07523-CRB
NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS FIST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) & 12(b)(6)

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Thursday, March 25, 2021, at 10:00 am, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Charles R. Breyer, located in Courtroom 6 – 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Marriott Ownership Resorts, Inc. and Marriott Resorts Hospitality Corporation ("Defendants") will and hereby do move this Court to dismiss Plaintiff's First Amended Complaint for failure to state facts sufficient to constitute a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(1) & 12(b)(6).

This Notice of Motion is based on the following grounds:

1. The Court lacks subject matter jurisdiction to hear Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990 pursuant to Federal Rule of Civil Procedure 12(b)(1).

2. The Court lacks subject matter jurisdiction to hear Plaintiff's Second Cause of Action for Violation of the Unruh Civil Rights Act pursuant to Federal Rule of Civil Procedure 12(b)(1).

3. Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990 fails to state facts sufficient to constitute a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. Plaintiff's Second Cause of Action for Violation of the Unruh Civil Rights Act fails to state facts sufficient to constitute a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice of Motion and Motion to Dismiss, the attached Memorandum of Points and Authorities, the Declaration of Martin H. Orlick filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or

68757286v1

2   Case No. 3:20-cv-07523-CRB
NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS FIST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) & 12(b)(6)

1 | considered by the Court prior to its ruling.

2

3 | DATED: February 8, 2020

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK
STUART K. TUBIS

By: _____*/s/ Martin H. Orlick*_____
MARTIN H. ORLICK
Attorneys for Defendants Marriott Ownership Resorts, Inc. and Marriott Resorts Hospitality Corporation

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On February 8, 2021 I served the document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND MARRIOTT RESORTS HOSPITALITY CORPORATION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) & 12(b)(6)** in this action addressed as follows:

> CENTER FOR DISABILITY ACCESS
> Raymond Ballister Jr., Esq., SBN 111282
> Russell Handy, Esq., SBN 195058
> Amanda Seabock, Esq., SBN 289900
> Zachary Best, Esq., SBN 166035
> Mail: 8033 Linda Vista Road, Suite 200
> San Diego, CA 92111
> (858) 375-7385; (888) 422-5191 fax
> amandas@potterhandy.com

☐ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(TO BE SERVED BY THE COURT BY NOTICE OF ELECTRONIC FILING (NEF))** Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s).

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 8, 2021 at San Francisco, California.

*/s/ Lydia Arago*
Lydia Arago